UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 3:07mj87/MD

TONY L. ALFORD

### ORDER CONTINUING PROBATION

On March 11, 2008, the defendant appeared before Magistrate Judge Miles Davis for a Violation of Probation Hearing. The defendant admitted guilt to the charged violation, and the Court adjudicated the defendant guilty. The Court ordered the defendant's probation be extended for an additional six (6) months.

All previously ordered conditions of probation remain in full force and effect.

DONE AND ORDERED at Pensacola, Florida this 11th day of March, 2008.

MILES DAVIS
U. S. MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

08 MAR 11 AM 9:33

FILED